IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


TRUSTEES OF THE OREGON-              08-CV-1382-HU
WASHINGTON CARPENTERS-
EMPLOYERS HEALTH AND WELFARE         ORDER
TRUST FUND, et al.,

        Plaintiffs,

v.

MITCHELL CONSTRUCTION
SERVICES, LLC,

        Defendant.


BROWN, Judge.

    Magistrate Judge Dennis James Hubel issued Findings and

Recommendation (#24) on January 6, 2010, in which he recommends

this Court grant Plaintiffs' Motion (#18) for Entry of Default

Judgment and enter a judgment in the amounts established by the

1 - ORDER

Declaration of Earl Ratliff.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.


<u>**CONCLUSION**</u>

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#24).  Accordingly, the Court **GRANTS** Plaintiffs' Motion (#18) for Entry of Default Judgment.

IT IS SO ORDERED.

DATED this 19th day of March, 2010.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge


2 - ORDER